# MEMORANDUM DECISIONS.

ATCHISON, T. & S. F. RY. CO. v. UNITED STATES (two cases). (Circuit Court of Appeals, Eighth Circuit. October 5, 1909.) Nos. 3,027, 3,028. In Error to the District Court of the United States for the District of Colorado. George A. H. Fraser (Henry T. Rogers, Daniel B. Ellis, Lewis B. Johnson, and Pierpont Fuller, on the brief), for plaintiff in error. Ralph Hartzell and Philip J. Doherty, for the United States. Before SANBORN and VAN DEVANTER, Circuit Judges, and WILLIAM H. MUNGER, District Judge.

PER CURIAM. These were actions for penalties for the violation of the safety appliance law embodied in Act March 2, 1893, c. 196, 27 Stat. 531 (U. S. Comp. St. 1901, p. 3174), Act April 1, 1896, c. 87, 29 Stat. 85, and Act March 2, 1903, c. 976, 32 Stat. 943 (U. S. Comp. St. Supp. 1907, p. 885), and the principal question in the cases was whether the duty of the railway company, where this law was applicable, was that of exercising reasonable care to maintain the prescribed safety appliances in operative condition, or was absolute. This question, and all the other questions in these cases, have been repeatedly considered and decided, and upon the authority of St. Louis, Iron Mountain & Southern Railway Company v. Taylor, 210 U. S. 281, 294, 28 Sup. Ct. 616, 52 L. Ed. 1061, United States v. Denver & Rio Grande R. Co., 163 Fed. 519, 90 C. C. A. 329, Chicago, Milwaukee & St. Paul Ry. Co. v. United States, 165 Fed. 423, 91 C. C. A. 373, 20 L. R. A. (N. S.) 473, Hepner v. United States, 213 U. S. 103, 29 Sup. Ct. 474, 53 L. Ed. 720, and Chicago, Burlington & Quincy R. Co. v. United States (C. C. A.) 170 Fed. 556, the judgments below must be affirmed. It is so ordered.

BARBER ASPHALT PAVING CO. v. FORTY-SECOND ST., M. & ST. N. AVE. RY. CO. et al. (Circuit Court of Appeals, Second Circuit. August 2, 1909.) No. 297. Appeal from the Circuit Court of the United States for the Southern District of New York. Dexter, Osborn & Fleming (George N. Whittlesey, of counsel), for appellant. Kellogg & Rose, for complainant. Evarts, Choate & Sherman (Herbert J. Bickford, of counsel), for respondent Whitridge. Henry M. Ward and Nathan Ottinger, amici curiæ. Selden Bacon, for Haley, Adm'r. Merrill & Rogers (Alfred H. Holbrook, of counsel), for receiver of Forty-Second St., M. & St. N. Ave. Ry. Co. Hamilton v. Wood, for creditors' committee of the New York City Ry. Co. Bowers & Sands, for Central Trust Co. Before ADAMS, HOLT, and HAND, District Judges.

PER CURIAM. Judge Lacombe's order (170 Fed. 1022) is in no sense final, even assuming that a decree finally determining this proceeding is itself a final decree in the suit from which an appeal can be taken. The reference which he has directed to the master is not a mere ministerial act in execution of a final order. It is a substantial part of the litigation, upon the determination of which the rights of the parties wholly depend. Although no parties to the record have raised this point, the brief of others interested does raise it, and in any case no jurisdiction can be conferred by consent, for the proceedings are non coram judice. We must therefore dismiss the appeal, and the parties must prosecute the reference before the special master.